1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Nike, Inc.

7  Philip N. Alexander (SBN 158832)
   Law Offices of Philip N. Alexander
8  433 North Camden Drive, Suite 600
   Beverly Hills, California 90210
9  Telephone: (310) 288-1948
   Facsimile: (310) 858-6489

10 Attorney for all Defendants

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13 Nike, Inc.,                          ) Case No. SACV 06-0883 PSG
                                        ) (MLGx)
14                                      )
                  Plaintiff,            )
15                                      ) [PROPOSED] JUDGMENT
        v.                              ) PURSUANT TO STIPULATION
16                                      )
   Feet First, Inc., et al.,            )
17                                      )
                  Defendants.           )

18      The Court, having read and considered the Joint Stipulation for Entry of Final

19 Judgment that has been executed on behalf of Plaintiff Nike, Inc. ("Plaintiff") on the

20 one hand, and Defendants Feet First, Inc.; First Quality Inc.; Ali Alqaza & Sons Inc.;

21 Ali Sabri Alqaza a/k/a Alex Alqaza a/k/a Alex Alquza; Samir Sabri Alqaza a/k/a

22 Samir Sabri Alquza a/ka Sam Qaza a/k/a S. Alquza Samir a/k/a Sabri Mohamad

23 Alqaza a/k/a Samir Quza; Raba J. Alqaza a/k/a Raba Qaza a/k/a Raba Gaza a/k/a Raba

24 S. Algozno a/k/a Raba S. Quza; Wafa Fathi Alqaza; Emad Abdelmonem Alquza a/k/a

25 Emad A. Alquiza (collectively "Defendants"), on the other, , and good cause

26 appearing therefore, hereby:

27      IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

28

Nike v. Feet First, et al.: Proposed Judgment    - 1 -

1. Plaintiff is entitled to and shall recover from Defendant on Plaintiff's Complaint for Defendant's infringement the sum of One Hundred Twenty-Five Thousand Dollars ($125,000.00).

2. Plaintiff is entitled to and shall collectively recover from Defendant interest accruing upon any unpaid portion of said $125,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this 27th day of March, 2008.

DATED: 3/27/08

Hon. Philip S. Gutierrez
Judge, United States District Court for
the Central District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Nike, Inc.

Law Offices of Philip N. Alexander

By: _____
Philip N. Alexander
Attorney for all Defendants

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On January 15, 2008, I served on the interested parties in this action with the:
- NOTICE AND MOTION FOR ENTRY OF STIPULATED JUDGMENT; DECLARATION AND EXHIBITS IN SUPPORT THEREOF
- JOINT STIPULATION FOR ENTRY OF JUDGMENT
- [PROPOSED] JUDGMENT PURSUANT TO STIPULATION
- [PROPOSED] ORDER

for the following civil action:

<u>Nike, Inc. v. Feet First, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Philip N. Alexander
Law Offices of Philip N. Alexander
433 N. Camden Dr., Suite 600
Beverly Hills, California 90210

Place of Mailing: Glendale, California
Executed on January 15, 2008, at Glendale, California.

_____
Katrina Bartolome